UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NANCY SCIFO,

           Plaintiff,

v.

SECOND ROUND LP,

           Defendant.

Case No. 17-CV-125-JPS

**ORDER**

On March 21, 2017, the parties filed a notice indicating that they have resolved this matter and are in the process of drafting settlement documents. (Docket #11). The parties request that the Court permit them forty-five days to file a stipulation of dismissal. *Id.* The Court will grant that request and, in light of the parties' settlement, it will also vacate the remaining deadlines and the trial date in this case. The Court directs the parties to file a joint stipulation for dismissal of this action no later than May 5, 2017. If such a stipulation is not filed, the Court will dismiss the action with prejudice for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the final pretrial conference, set for January 16, 2018, the jury trial, set for January 22, 2018, and the other pretrial deadlines in this matter be and the same are hereby **VACATED**; and

**IT IS FURTHER ORDERED** that the parties shall file a joint stipulation of dismissal of this action on or before **May 5, 2017**.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge