UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NANCY SCIFO,

        Plaintiff,

v.

        Case No. 17-CV-125-JPS

SECOND ROUND LP,

        Defendant.

**ORDER**

On January 26, 2017, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant has appeared in this matter through counsel but has not filed a responsive pleading to the complaint. (Docket #5). On March 27, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to either party. (Docket #13). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(I).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge